

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 9 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-26CR-025-Z |
| KELSI MARIE KARR | |

## FACTUAL RESUME

In support of Kelsi Marie Karr's plea of guilty to the offense in Count One of the Information, Karr, the defendant; Joe Batson, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following.

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Information, charging a violation of 18 U.S.C. § 656, that is, Theft, Embezzlement, or Misapplication by Bank Officer or Employee, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*    That the defendant was an officer, director, agent, employee, or someone connected in any capacity of the bank described in the Information;

*Second.*    That the bank was a national bank or federally insured bank at the time alleged;

*Third.*    That the defendant knowingly embezzled or willfully misapplied funds or credits belonging to or entrusted to the care of the bank; and

*Fourth.*    That the defendant acted with intent to injure or defraud the bank.

---

[1] Fifth Circuit Pattern Jury Instruction 2.28 (5th Cir. 2024).

**Kelsi Marie Karr**
**Factual Resume - Page 1**

"National bank" means a bank organized under the national banking law.

"Federally insured bank" means any bank, state or national, the deposits of which are insured by the Federal Deposit Insurance Corporation.

To "embezzle" means to wrongfully, intentionally take money or property of another after the money or property has lawfully come within the possession or control of the person taking it. No particular type of moving or carrying away is required.

To "willfully misapply" a bank's money or property means to intentionally convert such money or property for one's own use and benefit, or for the use and benefit of another, knowing that one had no right to do so.

To act with "intent to defraud" means to act with intent to deceive or cheat someone.

## STIPULATED FACTS

1. Defendant Kelsi Marie Karr admits and agrees that from in or about May 2025 and continuing until in or about July 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, she, being an officer, director, agent, or employee of, or connected in a capacity with Western Bank, Amarillo, Texas, a national bank or federally insured bank, acting with intent to injure or defraud Western Bank, knowingly embezzled or willfully misapplied funds or credits belonging to or entrusted to the care of Western Bank. Karr admits and agrees that her actions were in violation of 18 U.S.C. § 656.

2. Karr worked as a teller for Western Bank at its branch in Amarillo, Texas, within the Amarillo Division of the Northern District of Texas. At all times relevant to

Kelsi Marie Karr
Factual Resume - Page 2

this factual resume, the bank was a federally insured bank because it was a depository institution insured by the Federal Deposit Insurance Corporation.

3. As a bank teller, Karr was entrusted with daily custody of a teller cash drawer from which she disbursed cash to bank customers in connection with check cashing, withdrawals, and other banking transactions. The cash in Karr's teller drawer belonged to or was entrusted to the care of Western Bank.

4. Karr was also responsible for keeping a daily balance of her cash drawer by reconciling cash transactions with cash on hand in her teller drawer.

5. On or about July 31, 2025, bank management discovered a cash shortage in Karr's teller drawer. After questioning, Karr ultimately admitted to stealing cash from her teller drawer. She admitted that she avoided detection by "force balancing" her cash drawer, that is, she made it appear her cash drawer was in balance when, in fact, it was not due to the money she had embezzled.

6. Karr admits that she knowingly embezzled funds or credits belonging to or entrusted to the care of Western Bank in an amount less than $1,000, and that she did so with intent to injure or defraud the bank. That is, she injured the bank by embezzling money that belonged to, or was entrusted to the care of, Western bank, and she intended to deceive or cheat the bank by force balancing her cash drawer to cover up her embezzlement.

7. Finally, Karr admits and agrees that she committed all the essential elements of the offense alleged in Count One of the Information. This factual resume is not intended to be a complete accounting of all the facts and events related to the charged

**Kelsi Marie Karr**
**Factual Resume - Page 3**

offense. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support Karr's plea of guilty to Count One of the Information.

AGREED TO AND STIPULATED on this _____ day of _____March_____, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
KELSI MARIE KARR
Defendant

_____
ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7560
Facsimile:   806-472-7394
E-mail:  ann.howey@usdoj.gov

_____
JOE BATSON
Attorney for Defendant

**Kelsi Marie Karr**
**Factual Resume - Page 4**